**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                          415.522.2000

**May 22, 2007**

CASE NUMBER:  CV 07-02510 EMC
CASE TITLE:  PETER GEORGE CLARK-v-STATE OF CALIFORNIA

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/22/07

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____Richard W. Wieking_____
                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                        Entered in Computer 5/22/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA