UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK

Plaintiff(s),

v.

STATE OF CALIFORNIA

Defendant(s).
_______________________________________/

No. C 07-02510 JSW

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on October 12, 2007, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** August 10, 2007, in this matter. A j conference statement shall be due on or before October 5, 2007. This continuance is due to the unavailability of the Court. Plaintiff shall serve this notice on all parties who have not yet entered into the case.

Richard W. Wieking
Clerk, United States District Court

By: Jennifer Ottolini
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: July 26, 2007

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

Plaintiff,

v.

STATE OF CALIFORNIA et al,

Defendant.
_______________________________________/

Case Number: CV07-02510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter George Clark
c/o 1500 Spring Town Boulevard # 7E
Livermore, CA 94551

Dated: July 26, 2007

Jennifer Ottolini

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk