IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

v.

STATE OF CALIFORNIA,

    Defendant.

No. C 07-02510 JSW

**ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**

On May 3, 2007, Plaintiff Peter George Clark filed a complaint and an application to proceed *in forma pauperis*. Courts must deny *in forma pauperis* applications under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2).

In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. It is impossible to discern from his complaint: (1) the underlying factual basis for his suit; (2) the legal theories under which he seeks relief; or (3) what relief he is requesting.

1  The most the Court can discern from Plaintiff's complaint is that he appears to be
2  contesting his conviction in 1982 for an unspecified crime and his subsequent requirement to
3  register as a sex offender.  However, the neither the factual nor the legal basis upon which
4  Plaintiff seeks to contest his conviction and/or registration requirement is clear.  For example,
5  Plaintiff does not state whether he is filing a habeas petition, claims under 42 U.S.C. § 1983, or
6  is moving under some other law.  Moreover, any claims Plaintiff may seek to bring challenging
7  his conviction in 1982 and requirement to register may be time-barred.  However, until it is
8  clear what claim or claims Plaintiff seeks to bring, the Court cannot evaluate whether such
9  claims are sufficiently alleged.

10  For these reasons, Plaintiff's application to proceed *in forma pauperis* is HEREBY
11  DENIED WITHOUT PREJUDICE and the Complaint is DISMISSED WITH LEAVE TO
12  AMEND.  If Plaintiff wishes to pursue this action, he must file an amended complaint setting
13  forth a cognizable legal claim and a renewed application to proceed *in forma pauperis* by
14  **November 15, 2007**.  Failure to file a cognizable legal claim by this date shall result in
15  dismissal of this action.  The Court advises Plaintiff that a Handbook for Pro Se Litigants,
16  which contains helpful information about proceeding without an attorney, is available through
17  the Court's website or in the Clerk's office.

18  In light of this Order, the date for the Case Management Conference, previously set for
19  October 12, 2007 at 1:30 p.m., is VACATED and will be reset by the Court at a later date.

20  **IT IS SO ORDERED.**
21  Dated:  October 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV07-02510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter George Clark
c/o 1500 Spring Town Boulevard # 7E
Livermore, CA 94551

Dated: October 11, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk