**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.
_____/

No. C 07-02510 JSW

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On October 11, 2007, this Court issued an Order denying Plaintiff's application to proceed in forma pauperis and dismissing his complaint with leave to amend. In that Order, Plaintiff was directed to file an amended complaint and a renewed application to proceed in forma pauperis by November 15, 2007. The Court also expressly advised Plaintiff that failure to file an amended complaint by that time would result in dismissal of this action.

Plaintiff has not filed an amended complaint or a renewed application to proceed in forma pauperis. Accordingly, the Court hereby dismisses this action without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: December 14, 2007

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

  v.

STATE OF CALIFORNIA et al,

    Defendant.
    _____/

Case Number: CV07-02510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter George Clark
c/o 1500 Spring Town Boulevard # 7E
Livermore, CA 94551

Dated: December 14, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk