**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.
_____/

No. C 07-02510 JSW

**JUDGMENT**

    Pursuant to the Order issued this date dismissing this action without prejudice for failure to prosecute, judgment is hereby entered.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: December 14, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETER GEORGE CLARK,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV07-02510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter George Clark
c/o 1500 Spring Town Boulevard # 7E
Livermore, CA 94551

Dated: December 14, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk